ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
INDIA C. BURTON, ESQ.
Nevada Bar No. 15022
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
iburton@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ISABEL MANGUIA,

                        Plaintiff,

v.

WALMART INC., a foreign domestic
incorporated company; DOE WALMART
EMPLOYEE; DOE WALMART MANAGER;
DOE MAINTENANCE COMPANY; DOE
MAINTENANCE WORKER; DOES 1 through
100; and ROE ENTITIES 1 through 100,
inclusive jointly and severally,

                        Defendants.

Case No.: 2:20-cv-02276-JAD-EJY

**STIPULATION AND ORDER FOR**
**DISMISSAL WITH PREJUDICE**

ECF No. 18

        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

their

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 2nd day of November 2021.

**RICHARD HARRIS LAW FIRM**


/s/ Jonathan B. Lee
_____
BURKE HUBER, ESQ.
Nevada Bar No. 10902
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
801 S. Fourth Street
Las Vegas, NV 89101


*Attorneys for Plaintiff*
*Isabel Manguia*

DATED this 2nd day of November 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**


/s/ India C. Burton
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
INDIA C. BURTON, ESQ.
Nevada Bar No. 15022
504 S. Ninth St.
Las Vegas, NV 89101


*Attorneys for Defendant*
*Walmart Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 3, 2021